ABE FRIEDMAN, RESPONDENT, v. GEORGE W. MAINES, RECORDER, ET AL., APPELLANTS.

Submitted October 28, 1932—Decided April 27, 1933.

For the respondent, *Mendelsohn & Mendelsohn.*

For the appellants, *Frank A. Boettner.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Lloyd, Donges, Brogan, Heher, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 11.

*For reversal*—None.